AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Mala Sharma | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   24CV497  DG-JAM |
| Open Door NY Home Care Services, Inc. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Open Door NY Home Care Services, Inc., 2816 41st Avenue, Long Island City, NY 11101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Office of David Wims, 1430 Pitkin Avenue, 2nd Floor, Brooklyn, NY 11233; 646-393-9550; dwims@wimslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

CLERK OF COURT

Date:  1/23/2024



*Alisha Francis*
Signature of Clerk or Deputy Clerk